1  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, California  94104
   Telephone:  (415) 772-1200
4  Facsimile:  (415) 772-7400

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11 LEV NORK,                              ) Case No. 13-cv-05419-RS
                                          )
12            Plaintiff,                  )
                                          ) **STIPULATION AND [PROPOSED]**
13 v.                                     ) **ORDER CONTINUING CASE**
                                          ) **MANAGEMENT CONFERENCE AND**
14 THE BANK OF AMERICA PENSION PLAN;      ) **TIME TO RESPOND IN LIGHT OF**
   and BANK OF AMERICA, N.A.,             ) **AGREEMENT TO MEDIATE**
15                                        )
              Defendant.                  )
16                                        )

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION - CASE NO. 13-CV-05419-RS

1  WHEREAS Plaintiff Lev Nork initiated this action by filing a Complaint on November 21,
2  2013;
3  WHEREAS the parties previously agreed that the deadline for Defendants The Bank of
4  America Pension Plan and Bank of America, N.A. ("Defendants") to answer or otherwise respond
5  to the complaint shall be extended until March 17, 2014; and
6  WHEREAS there is a Case Management Conference set for March 17, 2014;
7  WHEREAS the parties have agreed to mediate this matter (Dkt. No. 9) and believe that it
8  would be most efficient for the Case Management Conference to take place after the mediation;
9  WHEREAS the parties agree that Defendants should not have to answer or otherwise
10  respond to the complaint until after the mediation;
11  THE PARTIES HEREBY STIPULATE AS FOLLOWS:
12  1. The Case Management Conference shall be continued until May 15, 2014.
13  2. The Case Management Conference Statement shall be due on May 8, 2014.
14  3. The deadline for Defendants to answer or otherwise respond to the complaint shall be
15  May 15, 2014.
16  4. All other deadlines shall remain unchanged.
17  The parties respectfully request that Your Honor enter an order providing for this schedule.
18  Dated: February 20, 2014

THE BANK OF AMERICA PENSION PLAN;
AND BANK OF AMERICA, N.A.,


By: /s/ Ryan M. Sandrock
　　Ryan M. Sandrock
　　rsandrock@sidley.com
　　SIDLEY AUSTIN LLP
　　555 California Street, Suite 2000
　　San Francisco, California  94104
　　Telephone:  (415) 772-1200
　　Facsimile:  (415) 772-7400

LEV NORK


By: /s/ C. Mark Humbert
　　C. Mark Humbert
　　markh@lifehealthlaw.com
　　220 Montgomery Street, Suite 1068

---

STIPULATION - CASE NO. 13-CV-05419-RS

```
                                               San Francisco, CA 94104
                                               Telephone: (415) 837-5433
                                               Facsimile: (415) 837-0127
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  2/20/14                         _____

                                            Judge Richard Seeborg