C. MARK HUMBERT
markh@lifehealthlaw.com
220 Montgomery Street
Suite 1068
San Francisco, California  94104
Telephone:  (415) 837-5435
Facsimile:  (415) 837-0127

Attorneys for Plaintiff Lev Nork

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEV NORK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE BANK OF AMERICA PENSION PLAN; and BANK OF AMERICA, N.A.,<br><br>　　　　　Defendant. | Case No. 13-cv-05419-RS<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND TIME TO RESPOND IN LIGHT OF AGREEMENT TO MEDIATE AND CONTINUING SETTLEMENT-RELATED COMMUNICATIONS** |

**PROCEDURAL HISTORY TO DATE**

　　Plaintiff Lev Nork initiated this action by filing a Complaint on November 21, 2013. This case involves a pension claim under the Bank of America Pension Plan ("the Plan), an ERISA-governed plan.  Previously, pursuant to request of the parties, the Court continued response dates and deadlines in this case to mid-May 2014, to allow the parties to proceed with settlement negotiations and mediation.  The parties agree that it makes sense, in terms of judicial economy, to attempt to reach a settlement of the matter before the Case Management Conference and before Defendants are required to file a responsive pleading.

　　Currently, counsel for the parties are in the process of communicating the positions with respect to the benefit calculation(s), and are otherwise discussing settlement, with an aim potentially to reach resolution short of retaining a mediator.  Counsel and the parties

STIPULATION - CASE NO. 13-CV-05419-RS

have acted with due diligence in this complicated case, and need some additional time to complete this process of settlement communications.

**STIPULATION OF COUNSEL**

To allow more time to complete settlement discussions, and a mediation session if necessary, the parties request that the Court grant one additional set of continuances, pursuant to their stipulation herein as follows:

1. The Case Management Conference shall be continued until August 14, 2014.
2. The Case Management Conference Statement shall be due on August 7, 2014.
3. The deadline for Defendants to answer or otherwise respond to the complaint shall be August 14, 2014.
4. All other deadlines shall remain unchanged.

The parties respectfully request that Your Honor enter an order providing for this schedule.

Dated: April 30, 2014          By: /s/ C. Mark Humbert
                                    C. MARK HUMBERT
                                    Counsel for Plaintiff

Dated: April 30, 2014          By: /s/ Ryan Sandrock
                                    RYAN SANDROCK
                                    Counsel for Defendants

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

DATED: 5/7/14          _____
                        JUDGE RICHARD SEEBORG