1  C. MARK HUMBERT (SBN 111093)
   ATTORNEY AT LAW
2  markh@lifehealthlaw.com
   220 Montgomery Street
3  Suite 1068
   San Francisco, California  94104
4  Telephone:  (415) 837-5435
   Facsimile:  (415) 837-0127
5
   Attorneys for Plaintiff Lev Nork
6

7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   OAKLAND DIVISION

11 | LEV NORK,                          ) Case No. 13-cv-05419-RS
                                        )
12 |         Plaintiff,                 )
                                        ) **FURTHER STIPULATION AND**
13 | v.                                 ) **[PROPOSED] ORDER CONTINUING**
                                        ) **CASE MANAGEMENT CONFERENCE**
14 | THE BANK OF AMERICA PENSION PLAN;  ) **AND TIME TO RESPOND IN LIGHT OF**
     and BANK OF AMERICA, N.A.,         ) **EMERGENCY POSTPONEMENT OF**
15 |                                    ) **MEDIATION**
             Defendant.                 )
16 |                                    )

STIPULATION - CASE NO. 13-CV-05419-RS

1  WHEREAS Plaintiff Lev Nork initiated this action by filing a Complaint on November 21, 2013;

WHEREAS the parties previously agreed that the deadline for Defendants The Bank of America Pension Plan and Bank of America, N.A. ("Defendants") to answer or otherwise respond to the complaint shall be extended until September 11, 2014;

WHEREAS there is a Case Management Conference set for September 11, 2014;

WHEREAS the parties scheduled a mediation on August 29, 2014 before mediator Michael Loeb of JAMS;

WHEREAS *during the evening of August 28, 2014, counsel for the parties were informed that the mediator had to postpone the mediation due to emergency circumstances*; *counsel have since learned from Mr. Loeb's case administrator that he will be available again as of late September 2014;*

WHEREAS the parties are all committed to exploring resolution by mediation, and believe it would be most efficient for the Case Management Conference to take place after the mediation;

WHEREAS the parties agree that Defendants should not have to answer or otherwise respond to the complaint until after the mediation;

WHEREAS Your Honor has previously granted three similar stipulations (Dkt Nos. 15, 17 and 19, and the parties do not intend to seek another such order after this request, *and would not have made this request but for the emergency circumstances that have arisen;*

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The Case Management Conference shall be continued until ~~October 30~~ November 6, 2014.

2. The Case Management Conference Statement shall be due on ~~October 23,~~ October 30, 2014.

3. The deadline for Defendants to answer or otherwise respond to the complaint shall be October 30, 2014.

//
//
//
//

STIPULATION - CASE NO. 13-CV-05419-RS

4. All other deadlines shall remain unchanged.

The parties respectfully request that Your Honor enter an order providing for this schedule.

Dated: September 3, 2014

        THE BANK OF AMERICA PENSION PLAN;
        AND BANK OF AMERICA, N.A.,

By: /s/ Ryan M. Sandrock
    Ryan M. Sandrock
    rsandrock@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, California 94104
    Telephone: (415) 772-1200
    Facsimile: (415) 772-7400

LEV NORK

By: /s/ C. Mark Humbert
    C. Mark Humbert
    markh@lifehealthlaw.com
    220 Montgomery Street, Suite 1068
    San Francisco, CA 94104
    Telephone: (415) 837-5433
    Facsimile: (415) 837-0127

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/3/14                 _____
                                            Judge Richard Seeborg