IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LEV NORK,

        Plaintiffs,

v.

THE BANK OF AMERICA PENSION PLAN, BANK OF AMERICA, N.A.,

        Defendants.

No. C 13-05419 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by December 8, 2014. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 11, 2014, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/3/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE