C. MARK HUMBERT (SBN 111093)
ATTORNEY AT LAW
markh@lifehealthlaw.com
220 Montgomery Street
Suite 1068
San Francisco, California 94104
Telephone: (415) 837-5435
Facsimile: (415) 837-0127

Attorneys for Plaintiff Lev Nork

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEV NORK,<br><br>        Plaintiff,<br><br>v.<br><br>THE BANK OF AMERICA PENSION PLAN; and BANK OF AMERICA, N.A.,<br><br>        Defendant. | Case No. 13-cv-05419-RS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff LEV NORK and Defendants THE BANK OF AMERICA PENSION PLAN and BANK OF AMERICA, N.A., by and through their respective counsel of record, hereby stipulate that Defendants THE BANK OF AMERICA PENSION PLAN and BANK OF AMERICA, N.A. be dismissed with prejudice, each party to bear its own costs of suit and attorney's fees.

Dated: December 8, 2014

THE BANK OF AMERICA PENSION PLAN;
AND BANK OF AMERICA, N.A.,

By: /s/ Ryan M. Sandrock
Ryan M. Sandrock
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

LEV NORK

By: /s/ C. Mark Humbert
C. Mark Humbert
markh@lifehealthlaw.com
220 Montgomery Street, Suite 1068
San Francisco, CA 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/8/14

_____
Judge Richard Seeborg

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45.X.B., I hereby attest that the signatory has concurred in this filing.

Dated: December 8, 2014               C. MARK HUMBERT

                                      By: /s/ C. Mark Humbert
                                      _____
                                      C. Mark Humbert
                                      220 Montgomery St., Suite 1068
                                      Email: markh@lifehealthlaw.com

                                      Attorneys for Plaintiff